CONSUMER LEGAL SERVICES, P.C.
Christopher M. Lovasz, Esq. (SBN 303120)
Vanessa M. Lee, Esq. (SBN 294332)
2330 Long Beach Boulevard
Long Beach, California 90806
Telephone: (562) 424-3293
Facsimile: (562) 595-1849

Attorneys for Plaintiff,
BUCK LEE MAU and CATHIE LEE MAU

SUMMERS & SHIVES, A.P.C.
DOLORES E. GONZALES (SBN 171306)
8525 Gibbs Drive, Suite 115
San Diego, California 92123-1758
Telephone:  (858) 874-1800
Facsimile:   (858) 874-1888
E-mail:  doloresgonzales@summers-shives.com

Attorneys for Defendants,
THOR MOTOR COACH, INC. and GIANT INLAND
EMPIRE RV CENTER, INC, d/b/a GIANT RV

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK LEE MAU, an individual, CATHIE LEE MAU, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> THOR MOTOR COACH, INC., a Delaware Corporation; GIANT INLAND EMPIRE RV CENTER, INC. d/b/a GIANT RV, a California Corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO.: **5:16-cv-02646-JGB (KKx)** <br><br> **ORDER FOR DISMISSAL WITHOUT PREJUDICE** <br><br> Judge: Hon. Jesus G. Bernal <br> Courtroom: 1 <br> Trial Date: Not Set |

1

ORDER FOR DISMISSAL WITHOUT PREJUDICE

# **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: May 9, 2017

Hon. Jesus G. Bernal
United States District Court Judge